1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES J. MARTINEZ, JR., | ) Case No. CV 10-0366 GW (JCG) |
| Plaintiff, | ) |
| v. | ) **JUDGMENT** |
| MICHAEL J. ASTRUE, COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION, | ) ) ) |
| Defendant. | ) |

IT IS ADJUDGED that the decision of the Commissioner of the Social Security Administration is **AFFIRMED**.

DATED: November 9, 2011.

_George H. Wu_

_____

HON. GEORGE H. WU
UNITED STATES DISTRICT JUDGE